No. 736. MORRIS, SPECIAL ADMINISTRATRIX, ET AL. *v.*
CLARK ET AL.
December 8, 1941. *Per Curiam:* The motion to dismiss is
granted and the appeal is dismissed for the want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C.
§ 344 (a). Treating the papers whereon the appeal was
allowed as a petition for writ of certiorari as required
by § 237 (c) of the Judicial Code as amended, 28 U. S. C.
§ 344 (c), certiorari is denied. *Mr. Roy L. Black* for appellants. *Mr. William J. Lowe* for appellees.

No. —, original. EX PARTE JAMES W. KAUFFMAN;
No. —, original. EX PARTE FREDERICK H. MULLINS;
No. —, original. EX PARTE THADDEUS DEATHERAGE;
and
No. —, original. EX PARTE LOUIS DEATHERAGE. December 8, 1941. The motions for leave to file petitions for
writs of habeas corpus are denied.

No. 271. SMITH *v.* FOURTH NATIONAL BANK. December 8, 1941. The motion of petitioner to tax costs is
denied.

No. 81. RILEY ET AL., EXECUTORS, *v.* NEW YORK TRUST
Co., ADMINISTRATOR. December 8, 1941. The motion of
the Tax Commission of New York for leave to appear and
present oral argument as *amicus curiae* is granted.